**Pauline MILLER, as Administratrix, etc., Plaintiff-Appellee, v. EASTERN AIR LINES, Inc., Defendant, and Anshel Miller and Esther Miller, Intervening-Plaintiffs-Appellants.**

No. 280, Docket 21013.

Circuit Court of Appeals, Second Circuit.

May 13, 1948.

Henry Fabricant, of New York City, for intervening plaintiffs-appellants.

Asher Marcus, of Brooklyn, N. Y. (Liebowitz & Schuman, of New York City, of counsel), for plaintiff-appellee.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order modified, in open court, in so far as to permit the parents Anshel Miller and Esther Miller to prosecute their claims as intervening parties plaintiffs in their own names by an attorney of their own choice.